B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## District of Delaware

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**A TOUCH OF JAZZ, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **52-1660838** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**101 PORTSIDE COURT**<br>**BEAR, DE**<br>ZIPCODE **19701** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**New Castle** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**101 PORTSIDE COURT, BEAR, DE** ZIPCODE **19701** | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [x] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [x] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

------

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **A TOUCH OF JAZZ, INC.** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
   ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **A TOUCH OF JAZZ, INC.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X */s/ John F. Thomas, Jr., Esq.*
Signature of Attorney for Debtor(s)

**John F. Thomas, Jr., Esq. 3324**
**64 Read's Way**
**New Castle, DE  19+&$**
**(302) 221-3278  Fax: (215) 635-7212**
**jftjr@mac.com**

**July 14, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer ) (Required by 11 U S C § 110 )

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ JEFFREY A TOWNES*
Signature of Authorized Individual

**JEFFREY A TOWNES**
Printed Name of Authorized Individual

**PRESIDENT**
Title of Authorized Individual

**July 14, 2010**
Date

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## WRITTEN CONSENT OF SOLE SHAREHOLDER AND DIRECTOR OF
## A TOUCH OF JAZZ, INC.

The undersigned, being the sole Shareholder and Director of A TOUCH OF JAZZ, INC. (the "Corporation"), does hereby adopt the following resolutions by signing his written consent hereto, dated July 6, 2010:

### PETITION FOR RELIEF UNDER CHAPTER 11, TITLE 11
### OF THE UNITED STATES CODE

WHEREAS, the Director, after due consideration, and being fully advised of the Corporation's options, deems it to be in the best interests of the Corporation to seek relief under Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court in the District of Delaware ("Bankruptcy Court"); and

WHEREAS, the President will need to take certain steps to seek relief under the Bankruptcy Code on behalf of the Corporation;

RESOLVED, that the President be, and hereby is, authorized to seek relief under the Bankruptcy Code on behalf of the Corporation; and further

RESOLVED, that the President be, and hereby is, authorized and directed to execute and deliver on behalf of the Corporation any and all documents, certificates, instruments and agreements, and to take any and all actions as the President deems necessary or appropriate in connection with seeking relief under the Bankruptcy Code; and further

RESOLVED, that the President be, and hereby is, authorized and directed to take any and all further action by and on behalf of the Corporation as President shall deem necessary or appropriate to further the purposes of the foregoing resolutions; and further

RESOLVED, that the President be, and hereby is, authorized, in the name and on behalf of the Corporation, to incur and pay any and all necessary and reasonable fees and expenses incurred in connection with the actions contemplated by the foregoing resolutions including, without limitation, the engagement of counsel, accountants, financial institutions, other advisors and other agents; and further

RESOLVED, that any and all actions of the President or the Director or any agent of the Corporation, taken prior to the date hereof, which would be authorized by the foregoing resolutions if taken after the date hereof, be and hereby are, ratified, adopted and approved as of the date such actions were taken.

### RETENTION OF COUNSEL

WHEREAS, the Director, after due consideration, deems it to be in the best interests of the Corporation to seek relief under the Bankruptcy Code; and

WHEREAS, the Director, after due consideration, deems it to be in the best interests of the Corporation to retain Allen B. Dubroff & Associates, LLC and John F. Thomas, Jr., Esq. (the "Attorneys") to represent the Corporation in connection with obtaining and pursuing relief under the Bankruptcy Code;

RESOLVED, that the Corporation be, and hereby is, authorized to retain the Attorneys for the purposes of obtaining relief under the Bankruptcy Code, of representing the Corporation before the Bankruptcy Court and for such other purposes as the President or Director shall deem appropriate; and further

RESOLVED, that the Corporation be, and hereby is, authorized to disburse the requisite retainer to the Attorneys, and to make such other disbursements, consistent with the Bankruptcy Code and as approved by the Bankruptcy Court, to the Attorneys as the President shall deem appropriate; and further

RESOLVED, that the President be, and hereby is, authorized and directed to execute and deliver on behalf of the Corporation any and all documents and to take such actions as the President or Directors deem necessary or appropriate in connection with retaining the Attorneys; and further

RESOLVED, that the President be, and hereby is, authorized and directed to take any and all further action by and on behalf of the Corporation as President shall deem necessary or appropriate to further the purposes of the foregoing resolutions; and further

RESOLVED, that any and all actions of the President, Director and/or any agent of the Corporation, acting within the scope of authority designated by the President, taken prior to the date hereof, which would be authorized by the foregoing resolutions if taken after the date hereof, be and hereby are, ratified, adopted and approved as of the date such actions were taken.

Sole Director, President and Shareholder:

_____
Jeffrey Townes

# Form 1120S — U.S. Income Tax Return for an S Corporation

OMB No. 1545-0130

Department of the Treasury — Internal Revenue Service

► Do not file this form unless the corporation has timely filed Form 2553 to elect to be an S corporation.

**2004**

For calendar year 2004, or tax year beginning **January 1, 2004**, and ending **December 30, 2004**

- **A** Effective date of S election: **01/01/1990**
- **B** Business code number (see pages 33-38 of the Insts.): **711510**
- Name: **A TOUCH OF JAZZ, INC. C/O cbiz ACCOUNTING**
- Number, street, and room or suite no.: **401 PLYMOUTH ROAD SUITE 200**
- City or town, state, and ZIP code: **PLYMOUTH MEETING, PA 19462**
- **C** Employer identification number: **52-1660838**
- **D** Date incorporated: **11/29/1989**
- **E** Total assets: **0.**
- **F** Check applicable boxes: (2) [X] Final return
- **G** Number of shareholders at end of tax year: **1**

## Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales | 554,417. |
| 1b | Less returns and allowances | |
| 1c | Bal | 554,417. |
| 2 | Cost of goods sold (Schedule A, line 8) | |
| 3 | Gross profit. Subtract line 2 from line 1c | 554,417. |
| 4 | Net gain (loss) from Form 4797, Part II, line 17 | |
| 5 | Other income (loss) (attach schedule) | |
| 6 | **Total income (loss).** Combine lines 3 through 5 | 554,417. |

## Deductions

| Line | Description | Amount |
|---|---|---|
| 7 | Compensation of officers | |
| 8 | Salaries and wages (less employment credits) | 11,844. |
| 9 | Repairs and maintenance | 1,619. |
| 10 | Bad debts | |
| 11 | Rents | 65,304. |
| 12 | Taxes and licenses — Statement 1 | 1,229. |
| 13 | Interest | |
| 14a | Depreciation (attach Form 4562) | 17,356. |
| 14b | Depreciation claimed on Schedule A and elsewhere on return | |
| 14c | Subtract line 14b from line 14a | 17,356. |
| 15 | Depletion | |
| 16 | Advertising | |
| 17 | Pension, profit-sharing, etc., plans | |
| 18 | Employee benefit programs | 16,876. |
| 19 | Other deductions (attach schedule) — Statement 2 | 399,606. |
| 20 | **Total deductions.** Add the amounts shown in the far right column for lines 7 through 19 | 513,834. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 40,583. |

## Tax and Payments

| Line | Description | Amount |
|---|---|---|
| 22a | Tax: Excess net passive income tax | |
| 22b | Tax from Schedule D (Form 1120S) | |
| 22c | Add lines 22a and 22b | |
| 23a | Payments: 2004 estimated tax payments and amount applied from 2003 return | |
| 23b | Tax deposited with Form 7004 | |
| 23c | Credit for Federal tax paid on fuels (attach Form 4136) | |
| 23d | Add lines 23a through 23c | |
| 24 | Estimated tax penalty. Check if Form 2220 is attached | |
| 25 | Tax due | |
| 26 | Overpayment | |
| 27 | Enter amount of line 26 you want: Credited to 2005 estimated tax / Refunded | |

**Sign Here** — Signature of officer / Date / Title

May the IRS discuss this return with the preparer shown below? [X] Yes

## Paid Preparer's Use Only

- Preparer's signature:
- Date:
- Check if self-employed:
- Preparer's SSN or PTIN:
- Firm's name: **CBIZ ACCOUNTING, TAX & ADVISORY, LLC**
- Address: **401 PLYMOUTH ROAD, SUITE 200 / PLYMOUTH MEETING, PA 19462**
- EIN: **31-1543240**
- Phone no.: **(610) 862-2249**

JWA — For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.

411701 01-05-05

Form **1120S** (2004)

1

12420914 900192 8FU09N        2004.05080 A TOUCH OF JAZZ, INC. C/O c 8FU09N 1

# Form 7004
(Rev. September 2003)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Corporation Income Tax Return

OMB No. 1545-0233

Name of corporation
A TOUCH OF JAZZ, INC.
C/O cbiz ACCOUNTING

Employer identification number
52-1660838

Number, street, and room or suite no. (if a P.O. box or outside the United States, see instructions.)
401 PLYMOUTH ROAD SUITE 200

City or town, state, and ZIP code
PLYMOUTH MEETING, PA 19462

Check type of return to be filed:

| | | | |
|---|---|---|---|
| ☐ Form 990-C | ☐ Form 1120-FSC | ☐ Form 1120-PC | ☒ Form 1120S |
| ☐ Form 1120 | ☐ Form 1120-H | ☐ Form 1120-POL | ☐ Form 1120-SF |
| ☐ Form 1120-A | ☐ Form 1120-L | ☐ Form 1120-REIT | |
| ☐ Form 1120-F | ☐ Form 1120-ND | ☐ Form 1120-RIC | |

- Form 1120-F filers: Check here if the foreign corporation does not maintain an office or place of business in the United States ......................................................................► ☐

1 **Request for Automatic Extension** (see instructions)
 a **Extension date.** I request an automatic 6-month (or, for certain corporations, 3-month) extension of time until **September 15, 2005**, to file the income tax return of the corporation named above for ► ☐ calendar year _____ or ► ☒ tax year beginning **January 1, 2004**, and ending **December 30, 2004**.
 b **Short tax year.** If this tax year is for less than 12 months, check reason:
 ☐ Initial return ☒ Final return ☐ Change in accounting period ☐ Consolidated return to be filed

2 Members of an affiliated group of corporations filing a consolidated return (consolidated group) (see instructions).

| Name and address of each member of the affiliated group | Employer identification number |
|---|---|
| | |

| | | | |
|---|---|---|---|
| 3 | Tentative tax | 3 | 0. |
| 4 | Payments and refundable credits: | | |
| a | Overpayment credited from prior year  4a | | |
| b | Estimated tax payments for the tax year  4b | | |
| c | Less refund for the tax year applied for on Form 4466  4c (     ) Bal ► 4d | | |
| e | Credit for tax paid on undistributed capital gains (Form 2439)  4e | | |
| f | Credit for Federal tax on fuels (Form 4136)  4f | | |
| 5 | Total. Add lines 4d through 4f | 5 | 0. |
| 6 | **Balance due.** Subtract line 5 from line 3. Deposit this amount using the Electronic Federal Tax Payment System (EFTPS) or with a Federal Tax Deposit (FTD) Coupon | 6 | 0. |

**Signature.** Under penalties of perjury, I declare that I have been authorized by the above-named corporation to make this application, and to the best of my knowledge and belief, the statements made are true, correct, and complete.

_(Signature of officer or agent)_  CPA _(Title)_  3.1.05 _(Date)_

For Paperwork Reduction Act Notice, see instructions.

Form 7004 (Rev. 9-2003)

JWA
419741
05-01-04

Form 1120S (2004)  A TOUCH OF JAZZ, INC. C/O cbiz ACCOUNTIN    52-1660838    Page 2

## Schedule A — Cost of Goods Sold (see page 18 of the instructions)

| # | Description | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

9 a Check all methods used for valuing closing inventory:   (i) ☐ Cost as described in Regulations section 1.471-3
   (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
   (iii) ☐ Other (specify method used and attach explanation) ▶
 b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ▶ ☐
 c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
 d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO  | 9d | |
 e If property produced or acquired for resale, do the rules of Section 263A apply to the corporation?  ☐ Yes ☐ No
 f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No
   If "Yes," attach explanation.

## Schedule B — Other Information (see page 19 of the instructions)

|   |   | Yes | No |
|---|---|---|---|
| 1 | Check method of accounting: (a) ☐ Cash  (b) ☒ Accrual  (c) ☐ Other (specify) ▶ | | |
| 2 | See pages 36 through 38 of the instructions and enter the: (a) Business activity ▶ PRODUCTION  (b) Product or service ▶ MUSIC | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a schedule showing: (a) name, address, and employer identification number and (b) percentage owned | | X |
| 4 | Was the corporation a member of a controlled group subject to the provisions of section 1561? | | X |
| 5 | Check this box if the corporation has filed or is required to file **Form 8264**, Application for Registration of a Tax Shelter ▶ ☐ | | |
| 6 | Check this box if the corporation issued publicly offered debt instruments with original issue discount  If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 7 | If the corporation: (a) was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ▶ $ | | |
| 8 | Check this box if the corporation had accumulated earnings and profits at the close of the tax year ▶ ☐ | | |
| 9 | Are the corporation's total receipts (see page 19 of the instructions) for the tax year **and** its total assets at the end of the tax year less than $250,000? If "Yes," the corporation is not required to complete Schedules L and M-1 | | X |

Note: If the corporation had assets or operated a business in a foreign country or U.S. possession, it may be required to attach **Schedule N (Form 1120)**, Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.

## Schedule K — Shareholders' Shares of Income, Deductions, Credits, etc.

| | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|
| 1 | Ordinary business income (loss) (page 1, line 21) | 1 | 40,583. |
| 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| 3a | Other gross rental income (loss) ............... 3a | | |
| b | Expenses from other rental activities (attach schedule) ....... 3b | | |
| c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| 4 | Interest income | 4 | |
| 5 | Dividends: a Ordinary dividends | 5a | |
|  |   b Qualified dividends ............... 5b | | |
| 6 | Royalties | 6 | |
| 7 | Net short-term capital gain (loss) | 7 | |
| 8a | Net long-term capital gain (loss) | 8a | |
| b | Collectibles (28%) gain (loss) ............. 8b | | |
| c | Unrecaptured section 1250 gain (attach schedule) ...... 8c | | |
| 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| 10 | Other income (loss) (attach schedule) | 10 | |

(Income (Loss))

JWA
411711
01-12-05

Form **1120S** (2004)

12420914 900192 8FU09N            2004.05080 A TOUCH OF JAZZ. INC. C/O c 8FU09N 1

| Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|
| **Deductions** | | |
| 11 Section 179 deduction (attach Form 4562) | 11 | |
| 12a Contributions | 12a | |
| b Deductions related to portfolio income (attach schedule) | 12b | |
| c Investment interest expense | 12c | |
| d Section 59(e)(2) expenditures  (1) Type ▶ | | |
|     (2) Amount ▶ | 12d(2) | |
| e Other deductions (attach schedule) | 12e | |
| **Credits & Credit Recapture** | | |
| 13a Low-income housing credit (section 42(j)(5)) | 13a | |
| b Low-income housing credit (other) | 13b | |
| c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 13c | |
| d Other rental real estate credits | 13d | |
| e Other rental credits | 13e | |
| f Credit for alcohol used as fuel (attach Form 6478) | 13f | |
| g Other credits and credit recapture (attach schedule) | 13g | |
| **Foreign Transactions** | | |
| 14a Name of country or U.S. possession ▶ | | |
| b Gross income from all sources | 14b | |
| c Gross income sourced at shareholder level | 14c | |
| Foreign gross income sourced at corporate level: | | |
| d Passive | 14d | |
| e Listed categories (attach schedule) | 14e | |
| f General limitation | 14f | |
| Deductions allocated and apportioned at shareholder level: | | |
| g Interest expense | 14g | |
| h Other | 14h | |
| Deductions allocated and apportioned at corporate level to foreign source income: | | |
| i Passive | 14i | |
| j Listed categories (attach schedule) | 14j | |
| k General limitation | 14k | |
| Other information: | | |
| l Foreign taxes paid | 14l | |
| m Foreign taxes accrued | 14m | |
| n Reduction in taxes available for credit (attach schedule) | 14n | |
| **Alternative Minimum Tax (AMT) Items** | | |
| 15a Post-1986 depreciation adjustment | 15a | -6,726. |
| b Adjusted gain or loss | 15b | |
| c Depletion (other than oil and gas) | 15c | |
| d Oil, gas, and geothermal properties - gross income | 15d | |
| e Oil, gas, and geothermal properties - deductions | 15e | |
| f Other AMT items (attach schedule) | 15f | |
| **Items Affecting Shareholder Basis** | | |
| 16a Tax-exempt interest income | 16a | |
| b Other tax-exempt income | 16b | |
| c Nondeductible expenses                              Statement 3 | 16c | 4,471. |
| d Property distributions | 16d | |
| e Repayment of loans from shareholders | 16e | |
| **Other Information** | | |
| 17a Investment income | 17a | |
| b Investment expenses | 17b | |
| c Dividend distributions paid from accumulated earnings and profits | 17c | |
| d Other items and amounts (attach schedule) | | |
| e **Income/loss reconciliation.** (Required only if Schedule M-1 must be completed.) Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12e and lines 14l or 14m, whichever applies | 17e | 40,583. |

JWA                                                                Form **1120S** (2004)

Form 1120S (2004)  A TOUCH OF JAZZ, INC. C/O cbiz ACCOUNT    52-1660838   Page 4

Note: The corporation is not required to complete Schedules L and M-1 if question 9 of Schedule B is answered "Yes."

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | 20,678. | | |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. Government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (Att. Sch.) | Statement 6 | 1,300. | | |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (Att. Sch.) | | | | |
| 10a Buildings and other depreciable assets | 685,083. | | | |
| b Less accumulated depreciation | 652,156. | 32,927. | | |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 14 Other assets (Att. Sch.) | Statement 7 | 2,269. | | |
| 15 Total assets | | 57,174. | | |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 57,451. | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (Att. Sch.) | | | | |
| 19 Loans from shareholders | | 483,521. | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (Att. Sch.) | | | | |
| 22 Capital stock | | 10. | | |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings | Statement 8 | -483,808. | | |
| 25 Adjustments to shareholders' equity (Att. Sch.) | | | | |
| 26 Less cost of treasury stock | | ( ) | | ( ) |
| 27 Total liabilities and shareholders' equity | | 57,174. | | |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

| | | |
|---|---|---|
| 1 Net income (loss) per books | 34,552. | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, 10, not recorded on books this year (itemize): | | 5 Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): a Tax-exempt interest $ |
| 3 Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 14l or (14m) (itemize): a Depreciation $ 1,560. b Travel and entertainment $ 4,471. | 6,031. | 6 Deductions included on Schedule K, lines 1 through 12, and 14l or (14m), not charged against book income this year (itemize): a Depreciation $  7 Add lines 5 and 6 |
| 4 Add lines 1 through 3 | 40,583. | 8 Income (loss) (Schedule K, line 17e). Line 4 less line 7 ... 40,583. |

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see page 32 of the instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1 Balance at beginning of tax year | -486,933. | | |
| 2 Ordinary income from page 1, line 21 | 40,583. | | |
| 3 Other additions   Statement 4 | 449,256. | | |
| 4 Loss from page 1, line 21 | ( ) | | |
| 5 Other reductions   Statement 5 | ( 4,471.) | ( ) | |
| 6 Combine lines 1 through 5 | -1,565. | | |
| 7 Distributions other than dividend distributions | | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 | -1,565. | | |

411731 01-12-05 JWA

4

Form **1120S** (2004)

12420914 900192 8FU09N        2004.05080 A TOUCH OF JAZZ, INC. C/O c 8FU09N 1

A TOUCH OF JAZZ, INC. C/O cbiz ACCOUNTIN                                52-1660838

| Form 1120S | Taxes and Licenses | Statement 1 |

| Description | Amount |
|---|---:|
| PAYROLL TAXES | 1,248. |
| Pennsylvania Taxes - Based on Income | -19. |
| Total to Form 1120S, Page 1, Line 12 | 1,229. |

| Form 1120S | Other Deductions | Statement 2 |

| Description | Amount |
|---|---:|
| TELEPHONE | 29,229. |
| PROFESSIONAL FEES | 104,489. |
| ARTIST/PRODUCER FEES AND ROYALTIES | 205,008. |
| SUPPLIES | 512. |
| TRAVEL | 14,999. |
| STUDIO INSURANCE | 13,922. |
| OFFICE EXPENSE | 3,271. |
| EQUIPMENT RENTAL | 6,370. |
| AUTO EXPENSE | 9,675. |
| ACCOUNTING FEES | 3,500. |
| POSTAGE AND DELIVERY | 1,336. |
| BANK CHARGES | 1,057. |
| MISCELLANEOUS | 1,156. |
| DUES AND SUBSCRIPTIONS | 200. |
| PRINTING AND REPRODUCTION | 410. |
| Meals and Entertainment | 4,472. |
| Total to Form 1120S, Page 1, Line 19 | 399,606. |

| Schedule K | Nondeductible Expenses | Statement 3 |

| Description | Amount |
|---|---:|
| Excluded Meals and Entertainment Expenses | 4,471. |
| Total to Schedule K, Line 16c | 4,471. |

A TOUCH OF JAZZ, INC. C/O cbiz ACCOUNTIN                                    52-1660838

| Schedule M-2 Accumulated Adjustments Account - Other Additions | Statement 4 |
|---|---|
| Description | Amount |
| unpaid shareholder debt on liquidation | 449,256. |
| Total to Schedule M-2, Line 3 - Column (a) | 449,256. |

| Schedule M-2 Accumulated Adjustments Account- Other Reductions | Statement 5 |
|---|---|
| Description | Amount |
| Nondeductible Expenses | 4,471. |
| Total to Schedule M-2, Line 5 - Column (a) | 4,471. |

| Schedule L Other Current Assets | | Statement 6 |
|---|---|---|
| Description | Beginning of Tax Year | End of Tax Year |
| DEPOSITS | 1,300. | |
| Total to Schedule L, Line 6 | 1,300. | |

| Schedule L Other Assets | | Statement 7 |
|---|---|---|
| Description | Beginning of Tax Year | End of Tax Year |
| TRADEMARKS | 2,269. | |
| Total to Schedule L, Line 14 | 2,269. | |

A TOUCH OF JAZZ, INC. C/O cbiz ACCOUNTIN                                52-1660838

| Schedule L | Analysis of Total Retained Earnings per Books | Statement 8 |
|---|---|---|

| Description | Amount |
|---|---|
| Balance at beginning of year - Schedule L, line 24, column (b) | -483,808. |
| Net income per books - Schedule M-1, line 1 | 34,552. |
| Distributions | 0. |
| Other increases (decreases) | |
| unpaid shareholders debt | 449,256. |
| Balance at end of year - Schedule L, line 24, column (d) | 0. |

| Schedules M-2/L | Reconciliation of Ending Schedule M-2 and Retained Earnings | Statement 9 |
|---|---|---|

| Description | AAA | OAA | SUTIPT | Other Adjustments |
|---|---|---|---|---|
| Sch. M-2 balances | -1,565. | | | |
| unpaid shareholder debt | 449,256. | | | |
| Subtotals | 447,691. | | | |
| Total reconciled Schedule M-2 balances | | | | 447,691. |
| Ending retained earnings from Schedule L, line 24 | | | | |

# Schedule K-1 (Form 1120S) 2004

**Shareholder's Share of Income, Deductions, Credits, etc.**

Department of the Treasury — Internal Revenue Service

Tax year beginning January 1, 2004 and ending December 30, 2004

See separate instructions.

[X] Final K-1   [ ] Amended K-1   OMB No. 1545-0130

6711

## Part I — Information About the Corporation

**A** Corporation's employer identification number: 52-1660838

**B** Corporation's name, address, city, state, and ZIP code:
A TOUCH OF JAZZ, INC.
C/O cbiz ACCOUNTING
401 PLYMOUTH ROAD SUITE 200
PLYMOUTH MEETING, PA 19462

**C** IRS Center where corporation filed return: Cincinnati, OH

**D** [ ] Tax shelter registration number, if any _____

**E** [ ] Check if Form 8271 is attached

## Part II — Information About the Shareholder

**F** Shareholder's identifying number: [REDACTED]

**G** Shareholder's name, address, city, state and ZIP code:
JEFFREY TOWNES
C/O CBIZ ACCOUNTING TAX AND ADVISORY
401 PLYMOUTH ROAD SUITE 200
PLYMOUTH MEETING PA 19462

**H** Shareholder's percentage of stock ownership for tax year: 100.000000%

## Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | 40,583. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured sec 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | |
| 11 | Section 179 deduction | |
| 12 | Other deductions | |
| 13 | Credits & credit recapture | |
| 14 | Foreign transactions | |
| 15 | Alternative min tax (AMT) items | A  -6,726. |
| 16 | Items affecting shareholder basis | C*  4,471. |
| 17 | Other information | |

*See attached statement for additional information.

411271 01-05-05  JWA  For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1120S.

Schedule K-1 (Form 1120S) 2004

8

Shareholder Number 1

A TOUCH OF JAZZ, INC. C/O cbiz ACCOUNTIN                          52-1660838

Schedule K-1          Nondeductible Expenses, Box 16, Code C

| Description | Amount | Shareholder Filing Instructions |
|---|---|---|
| Excluded Meals and Entertainment Expenses | 4,471. | See Form 1040 Instructions |