# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: A TOUCH OF JAZZ, INC. | § | Case No. 10-12250 |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Alfred T. Giuliano, Trustee (DE), chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $74,395.76                    Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $33,041.02            Claims Discharged
                                                       Without Payment: N/A

Total Expenses of Administration: $31,970.24

3) Total gross receipts of $      65,011.26      (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      0.00      (see **Exhibit 2**), yielded net receipts of  $65,011.26 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $105,000.00 | $126,840.00 | $20,000.00 | $20,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 101,583.73 | 101,583.73 | 31,970.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 1,000,000.00 | 449,075.84 | 8,041.02 | 8,041.02 |
| **TOTAL DISBURSEMENTS** | $1,105,000.00 | $682,499.57 | $134,624.75 | $65,011.26 |

4)  This case was originally filed under Chapter 11 on July 15, 2010 and it was converted to Chapter 7 on September 27, 2011.The case was pending for 89 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/25/2019_____   By: /s/Alfred T. Giuliano, Trustee (DE)_____
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Patents, Copyrights, etc. | 1129-000 | 65,011.26 |
| **TOTAL GROSS RECEIPTS** | | **$65,011.26** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Rhythm Jazz Management | 4220-000 | 105,000.00 | 126,840.00 | 20,000.00 | 20,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$105,000.00** | **$126,840.00** | **$20,000.00** | **$20,000.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - Cooper Levenson April Niedelman et al | 3210-000 | N/A | 73,111.65 | 73,111.65 | 19,315.04 |
| Other - Cooper Levenson April Niedelman et al | 3220-000 | N/A | 828.95 | 828.95 | 828.95 |
| Trustee Compensation - Alfred T. Giuliano, Trustee | 2100-000 | N/A | 6,500.56 | 6,500.56 | 1,701.61 |
| Trustee Expenses - Alfred T. Giuliano, Trustee | 2200-000 | N/A | 708.19 | 708.19 | 708.19 |
| Accountant for Trustee Fees (Trustee Firm) - Giuliano, Miller & Co., LLC | 3310-000 | N/A | 14,973.39 | 14,973.39 | 3,955.46 |

| | | | | | |
|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Trustee Firm) - Giuliano, Miller & Co., LLC | 3320-000 | N/A | 73.69 | 73.69 | 73.69 |
| Other - International Sureties LTD | 2300-000 | N/A | 193.63 | 193.63 | 193.63 |
| Clerk of the Court Costs (includes adversary and other filing fees) - United | 2700-000 | N/A | 15.00 | 15.00 | 15.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 96.30 | 96.30 | 96.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 116.25 | 116.25 | 116.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 173.12 | 173.12 | 173.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 167.45 | 167.45 | 167.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 151.02 | 151.02 | 151.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 177.75 | 177.75 | 177.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 161.34 | 161.34 | 161.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 155.73 | 155.73 | 155.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 174.54 | 174.54 | 174.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 45.58 | 45.58 | 45.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 53.65 | 53.65 | 53.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 50.31 | 50.31 | 50.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 45.34 | 45.34 | 45.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 46.90 | 46.90 | 46.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 54.64 | 54.64 | 54.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 52.23 | 52.23 | 52.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 50.42 | 50.42 | 50.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.30 | 57.30 | 57.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 50.27 | 50.27 | 50.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.39 | 55.39 | 55.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 54.42 | 54.42 | 54.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 48.65 | 48.65 | 48.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 61.19 | 61.19 | 61.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 53.91 | 53.91 | 53.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 50.20 | 50.20 | 50.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.29 | 57.29 | 57.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.44 | 55.44 | 55.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 54.15 | 54.15 | 54.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.67 | 59.67 | 59.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.72 | 57.72 | 57.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 53.91 | 53.91 | 53.91 |

**UST Form 101-7-TDR (10/1/2010)**

| Other – Rabobank, N.A. | 2600-000 | N/A | 59.41 | 59.41 | 59.41 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 58.16 | 58.16 | 58.16 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 56.89 | 56.89 | 56.89 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 64.65 | 64.65 | 64.65 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 56.56 | 56.56 | 56.56 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 56.46 | 56.46 | 56.46 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 64.17 | 64.17 | 64.17 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 59.80 | 59.80 | 59.80 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 60.45 | 60.45 | 60.45 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 68.70 | 68.70 | 68.70 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 60.27 | 60.27 | 60.27 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 68.73 | 68.73 | 68.73 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 69.34 | 69.34 | 69.34 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 81.15 | 81.15 | 81.15 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 93.97 | 93.97 | 93.97 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 87.95 | 87.95 | 87.95 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 93.92 | 93.92 | 93.92 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 82.03 | 82.03 | 82.03 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 90.69 | 90.69 | 90.69 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 87.83 | 87.83 | 87.83 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 103.38 | 103.38 | 103.38 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 93.83 | 93.83 | 93.83 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 90.57 | 90.57 | 90.57 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 102.93 | 102.93 | 102.93 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 90.30 | 90.30 | 90.30 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 115.11 | 115.11 | 115.11 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 109.97 | 109.97 | 109.97 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 103.14 | 103.14 | 103.14 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 109.60 | 109.60 | 109.60 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 92.85 | 92.85 | 92.85 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 99.86 | 99.86 | 99.86 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 103.92 | 103.92 | 103.92 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $101,583.73 | $101,583.73 | $31,970.24 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Internal Revenue Service | 5800-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $5,000.00 | $5,000.00 | $5,000.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP | 7100-000 | N/A | 236.58 | 236.58 | 236.58 |
| 3 | Citibank, N.A. | 7100-000 | N/A | 839.26 | 839.26 | 839.26 |
| 5 | Darren Henson | 7100-000 | 500,000.00 | 224,000.00 | 3,482.59 | 3,482.59 |
| 6 | Keith Pelzer | 7100-000 | 500,000.00 | 224,000.00 | 3,482.59 | 3,482.59 |
| NOTFILED | Carvin Haggins | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Andre Harris | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ivan Barias | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Vidal Davis | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,000,000.00 | $449,075.84 | $8,041.02 | $8,041.02 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-12250

**Case Name:** A TOUCH OF JAZZ, INC.

**Period Ending:** 02/25/19

**Trustee:** (500670)  Alfred T. Giuliano, Trustee (DE)

**Filed (f) or Converted (c):** 09/27/11 (c)

**§341(a) Meeting Date:** 10/27/11

**Claims Bar Date:** 01/25/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Patents, Copyrights, etc. | Unknown | 125,000.00 | | 65,011.26 | FA |
| 2 | Bank Account - Citizen's Bank  (u)<br>   Close Account Ending No.: 8127 [Chapter 11<br>Account] Received $74,395.76<br>After analysis, however, the funds that were<br>transferred to A Touch of Jazz, Inc., Case No.:<br>10-12250 belonged to Touched by Jazz Music, Case<br>No.: 10-12251 to properly allocate monies from<br>pre-petition period into correct case | 74,395.76 | 74,395.76 | | 0.00 | FA |
| 3 | Potential Cause of Action - Prior Principal  (u)<br>   This potential asset was discussed  between the<br>trustee and counsel but neither of us felt it was worth<br>pursuing.  Not only was there issues with the litigation<br>but also collectibility. | 0.00 | 0.00 | | 0.00 | FA |
| 3 | **Assets     Totals** (Excluding unknown values) | **$74,395.76** | **$199,395.76** | | **$65,011.26** | **$0.00** |

**Major Activities Affecting Case Closing:**

   TFR filed 6/18/2018

**Initial Projected Date Of Final Report (TFR):**     March 30, 2014          **Current Projected Date Of Final Report (TFR):**     June 18, 2018  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 10-12250 | | | **Trustee:** | | Alfred T. Giuliano, Trustee (DE) (500670) |
| **Case Name:** | A TOUCH OF JAZZ, INC. | | | **Bank Name:** | | Capital One Bank |
| | | | | **Account:** | | ******9084 - Checking |
| **Taxpayer ID #:** | **-***0838 | | | **Blanket Bond:** | | $161,797,706.00  (per case limit) |
| **Period Ending:** | 02/25/19 | | | **Separate Bond:** | | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/12 | {2} | Citizens Bank | Non-Estate Funds to be turned over to Touched by Jazz, Inc., Case No.: 10-22251 re: Close Account No.: 8127 | 1280-002 | 74,395.76 | | 74,395.76 |
| 01/31/13 | | Capital One Bank | Transfer to Rabobank, N.A. | 9999-000 | | 74,395.76 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 74,395.76 | 74,395.76 | $0.00 |
| Less: Bank Transfers | 0.00 | 74,395.76 | |
| **Subtotal** | 74,395.76 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$74,395.76** | **$0.00** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-12250 |
| **Case Name:** | A TOUCH OF JAZZ, INC. |
| **Taxpayer ID #:** | **-***0838 |
| **Period Ending:** | 02/25/19 |

| | |
|---|---|
| **Trustee:** | Alfred T. Giuliano, Trustee (DE) (500670) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******3166 - Checking Account |
| **Blanket Bond:** | $161,797,706.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/13 | | Rabobank, N.A. | Transfer from Capital One Bank | 9999-000 | 74,395.76 | | 74,395.76 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.30 | 74,299.46 |
| 03/05/13 | 10101 | International Sureties  LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2013 FOR CASE #10-12250, Bond No.: 016026389 Period 01/01/13 - 01/01/14 | 2300-000 | | 67.71 | 74,231.75 |
| 03/15/13 | | Sony Music | Royalty for Period of 06/30/06 - 12/31/06 | | 23,252.08 | | 97,483.83 |
| | {2} | | Balance of Funds to be           5,106.74<br>turned over to Touched<br>by Jazz, Inc., Case No.:<br>10-22251 re: Royalty for<br>Period of 06/30/06 -<br>12/31/06 | 1280-002 | | | 97,483.83 |
| | {1} | | Royalty for Period of          18,145.34<br>06/30/06 - 12/31/06 | 1129-000 | | | 97,483.83 |
| 03/20/13 | {1} | Sony Music | Royalty for Period Ending 12/31/12 | 1129-000 | 15,471.61 | | 112,955.44 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 116.25 | 112,839.19 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 173.12 | 112,666.07 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 167.45 | 112,498.62 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 151.02 | 112,347.60 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 177.75 | 112,169.85 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 161.34 | 112,008.51 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 155.73 | 111,852.78 |
| 10/09/13 | {1} | Sony Music | Royalty for Period Ending 06/30/13 | 1129-000 | 1,780.48 | | 113,633.26 |
| 10/22/13 | 10102 | Estate of Touched By Jazz Music, Inc. | Turn over Non-Estate Funds to Touched by Jazz Music, Case No.: 10-12251 to properly allocate monies from pre-petition period into correct case | | | 79,502.50 | 34,130.76 |
| | {2} | | Cash Deposit for period          29,434.00<br>of July 2010 | 1280-002 | | | 34,130.76 |
| | {2} | | EMI Income re:Touched          39,858.00<br>by Jazz, Case No.:<br>10-12251 | 1280-002 | | | 34,130.76 |
| | {2} | | Legal Fees paid by          12,500.00<br>Touch of Jazz per<br>Schedule | 1280-002 | | | 34,130.76 |
| | {2} | | Less 50% Chapter 11          -2,289.50<br>Expenses | 1280-002 | | | 34,130.76 |

|  |  |  |
|---|---|---|
| Subtotals : | $114,899.93 | $80,769.17 |

{} Asset reference(s)

Printed: 02/25/2019 05:05 PM    V.14.50

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 10-12250
**Case Name:** A TOUCH OF JAZZ, INC.

**Taxpayer ID #:** **-***0838
**Period Ending:** 02/25/19

**Trustee:** Alfred T. Giuliano, Trustee (DE) (500670)
**Bank Name:** Rabobank, N.A.
**Account:** ******3166 - Checking Account
**Blanket Bond:** $161,797,706.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.54 | 33,956.22 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.58 | 33,910.64 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.65 | 33,856.99 |
| 01/17/14 | 10103 | International Sureties  LTD | Bond Premium on Ledger Balance as of 01/01/2014 Bond No.: 016026389 Period 01/01/14 - 01/01/15 | 2300-000 | | 28.70 | 33,828.29 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.31 | 33,777.98 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.34 | 33,732.64 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.90 | 33,685.74 |
| 04/02/14 | {1} | Sony Music | Royalty for Period Ending 12/31/13 | 1129-000 | 2,688.83 | | 36,374.57 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.64 | 36,319.93 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.23 | 36,267.70 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.42 | 36,217.28 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.30 | 36,159.98 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.27 | 36,109.71 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.39 | 36,054.32 |
| 10/06/14 | {1} | Sony Music | Royalty for Period of June 30, 2014 | 1129-000 | 1,590.47 | | 37,644.79 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.42 | 37,590.37 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.65 | 37,541.72 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.19 | 37,480.53 |
| 01/26/15 | 10104 | International Sureties  LTD | Chapter 7 Blanket Bond No.: 016026389 for Period of 01/01/15 - 01/01/16 | 2300-000 | | 36.48 | 37,444.05 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.91 | 37,390.14 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.20 | 37,339.94 |
| 03/17/15 | | International Sureties  LTD | Refund re: Premium Adjustment | 2300-000 | | -14.95 | 37,354.89 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.29 | 37,297.60 |
| 04/02/15 | {1} | Sony Music | Royalty for Period of December 31, 2014 | 1129-000 | 1,709.22 | | 39,006.82 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.44 | 38,951.38 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.15 | 38,897.23 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.67 | 38,837.56 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.72 | 38,779.84 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.91 | 38,725.93 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.41 | 38,666.52 |
| 10/02/15 | {1} | Sony Music | Royalty for Period of June 30, 2015 | 1129-000 | 2,313.48 | | 40,980.00 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.16 | 40,921.84 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.89 | 40,864.95 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.65 | 40,800.30 |

Subtotals :                 $8,302.00          $1,632.46

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-12250 | **Trustee:** Alfred T. Giuliano, Trustee (DE) (500670) |
| **Case Name:** A TOUCH OF JAZZ, INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******3166 - Checking Account |
| **Taxpayer ID #:** **-***0838 | **Blanket Bond:** $161,797,706.00  (per case limit) |
| **Period Ending:** 02/25/19 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/05/16 | 10105 | Hilco Real Estate, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/30/2015 FOR CASE #10-12250, Bond No.: 016026389 for Period of 01/01/16 - 01/01/17 Voided on 01/05/16 | 2300-004 | | 17.75 | 40,782.55 |
| 01/05/16 | 10105 | Hilco Real Estate, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/30/2015 FOR CASE #10-12250, Bond No.: 016026389 for Period of 01/01/16 - 01/01/17 Voided: check issued on 01/05/16 | 2300-004 | | -17.75 | 40,800.30 |
| 01/05/16 | 10106 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/30/2015 FOR CASE #10-12250, Bond No.: 016026389 for Period of 01/01/16 - 01/01/17 | 2300-000 | | 17.75 | 40,782.55 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.56 | 40,725.99 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.46 | 40,669.53 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.17 | 40,605.36 |
| 04/05/16 | {1} | Sony Music | Royalty for Period Ending12/31/15 | 1129-000 | 3,054.62 | | 43,659.98 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.80 | 43,600.18 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.45 | 43,539.73 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.70 | 43,471.03 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.27 | 43,410.76 |
| 08/30/16 | {1} | Structured Asset Sales, LLC (NV) | Deposit - Sale of Remnant Asset and Royalty Stream (Refunded) Check No.: 10111 | 1129-000 | 5,000.00 | | 48,410.76 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.73 | 48,342.03 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.34 | 48,272.69 |
| 10/05/16 | {1} | Sony Music | Royalty for Period Ending 06/30/16 | 1129-000 | 3,222.38 | | 51,495.07 |
| 10/07/16 | {1} | WPB Partners LLC | Deposit re: Sale of Musical Compositions (Refer to Exhibit "A") (Deposit Returned Check No.: 10112) | 1129-000 | 10,000.00 | | 61,495.07 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.15 | 61,413.92 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.97 | 61,319.95 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.95 | 61,232.00 |
| 01/16/17 | 10107 | International Sureties  LTD | Blanket Bond Premium for Bond No.: 016026389 for Period of 01/01/17 - 01/01/18 | 2300-000 | | 30.50 | 61,201.50 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.92 | 61,107.58 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.03 | 61,025.55 |
| 03/31/17 | {1} | Sony Music | Royalty for Period Ending 12/31/16 | 1129-000 | 4,494.50 | | 65,520.05 |

Subtotals :   $25,771.50   $1,051.75

{} Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 10-12250
**Case Name:** A TOUCH OF JAZZ, INC.

**Taxpayer ID #:** **-***0838
**Period Ending:** 02/25/19

**Trustee:** Alfred T. Giuliano, Trustee (DE) (500670)
**Bank Name:** Rabobank, N.A.
**Account:** ******3166 - Checking Account
**Blanket Bond:** $161,797,706.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.69 | 65,429.36 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.83 | 65,341.53 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.38 | 65,238.15 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.83 | 65,144.32 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.57 | 65,053.75 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.93 | 64,950.82 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.30 | 64,860.52 |
| 10/02/17 | {1} | EMI Entertainment World, Inc. | Royalty Payment [Transfer to Touched by Jazz] | 1280-002 | 6,967.71 | | 71,828.23 |
| 10/05/17 | {1} | Sony Music | Royalty Payment Period Ending 06/30/17 | 1129-000 | 4,744.53 | | 76,572.76 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.11 | 76,457.65 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.97 | 76,347.68 |
| 12/19/17 | 10108 {1} | Touched by Jazz, Inc. | Initially Deposited into 10-12251; Scanned in error to 10-12250 - Transfer funds to 10-12251 | 1280-002 | -6,967.71 | | 69,379.97 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.14 | 69,276.83 |
| 01/24/18 | 10109 | International Sureties  LTD | Blanket Bond Premium for Bond No.: 016026389 for Period of 01/01/18 - 01/01/19 | 2300-000 | | 27.44 | 69,249.39 |
| 01/24/18 | 10110 | International Sureties  LTD | Voided - Blanket Bond Premium for Bond No.: 016026389 for Period of 01/01/18 - 01/01/19 Voided on 01/24/18 | 2300-004 | | 0.00 | 69,249.39 |
| 01/24/18 | 10110 | International Sureties  LTD | Voided - Blanket Bond Premium for Bond No.: 016026389 for Period of 01/01/18 - 01/01/19 Voided: check issued on 01/24/18 | 2300-004 | | 0.00 | 69,249.39 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.60 | 69,139.79 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.85 | 69,046.94 |
| 03/28/18 | {1} | Sony Music Entertainment | Royalty Payment Period Ending 12/31/17 | 1129-000 | 5,795.80 | | 74,842.74 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.86 | 74,742.88 |
| 04/24/18 | 10111 {1} | Structured Asset Sales, Inc. | Return of Good Faith Deposit [Deposit 100009-1] | 1129-000 | -5,000.00 | | 69,742.88 |
| 04/26/18 | 10112 {1} | WPB Partners, LLC | Refund of Deposit re: Sale of Musical Compositions (Refer to Exhibit "A") [Deposit Adj. No.: 48] | 1129-000 | -10,000.00 | | 59,742.88 |
| 04/27/18 | 10113 | Rhythm Jazz Management | Final Settlement Pursuant to Consent Order [Docket.: 221] | 4220-000 | | 20,000.00 | 39,742.88 |
| 04/27/18 | 10114 | American InfoSource LP | Claim Allowed Pursuant to Consent Order [Docket.: 221] | 7100-000 | | 236.58 | 39,506.30 |
| 04/27/18 | 10115 | Internal Revenue Service | Claim Allowed Pursuant to Consent Order [Docket.: 221] | 5800-000 | | 5,000.00 | 34,506.30 |

Subtotals :  $-4,459.67    $26,554.08

{} Asset reference(s)

Printed: 02/25/2019 05:05 PM   V.14.50

Exhibit 9

## Form 2

Page: 6

### Cash Receipts And Disbursements Record

| Case Number: | 10-12250 | | Trustee: | Alfred T. Giuliano, Trustee (DE) (500670) |
| Case Name: | A TOUCH OF JAZZ, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3166 - Checking Account |
| Taxpayer ID #: | **-***0838 | | Blanket Bond: | $161,797,706.00  (per case limit) |
| Period Ending: | 02/25/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/27/18 | 10116 | Citibank, N.A. | Claim Allowed Pursuant to Consent Order [Docket No.: 221] | 7100-000 | | 839.26 | 33,667.04 |
| 04/27/18 | 10117 | Darren Henson | Claim Allowed Pursuant to Consent Order [Docket No.: 221] | 7100-000 | | 3,482.59 | 30,184.45 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.92 | 30,080.53 |
| 05/07/18 | 10118 | Keith Pelzer | Claim Allowed Pursuant to Consent Order [Docket No.: 221] | 7100-000 | | 3,482.59 | 26,597.94 |
| 05/29/18 | 10119 | Cooper Levenson April Niedelman et al | First & Final Fee Application (81.04%) Compensation of Professional Fees for Period of 01/25/12 - 04/24/18 [Docket No.: 228] | 3210-000 | | 19,315.04 | 7,282.90 |
| 05/29/18 | 10120 | Cooper Levenson April Niedelman et al | First & Final Fee Application (86.45%) Reimbursement of Expenses for Period of 01/25/12 - 04/24/18 [Docket No.: 228] | 3220-000 | | 828.95 | 6,453.95 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.35 | 6,360.60 |
| 06/05/18 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -93.35 | 6,453.95 |
| 06/05/18 | 10121 | Giuliano, Miller & Co., LLC | First & Final Fee Application (15.8305%) Compensation of Professional Fees & 100% Reimbursement of Expenses for Period of 01/25/12 - 04/24/18 [Docket No.: 230] | | | 4,029.15 | 2,424.80 |
| | | | First & Final Fee Application (15.8305%) Compensation of Professional Fees for Period of 01/25/12 - 04/24/18 | 3,955.46 | 3310-000 | | | 2,424.80 |
| | | | First & Final Fee Application for 100% Reimbursement of Expenses for Period of 01/25/12 - 04/24/18 | 73.69 | 3320-000 | | | 2,424.80 |
| 01/25/19 | 10122 | Alfred T. Giuliano, Trustee | Final Distribution re: Trustee Compensation [Docket No.: 236] | 2100-000 | | 1,701.61 | 723.19 |
| 01/25/19 | 10123 | Alfred T. Giuliano, Trustee | Fianl Distribution re: Trustee Expenses [Docket No.: 236] | 2200-000 | | 708.19 | 15.00 |
| 01/25/19 | 10124 | United States Bankruptcy Court | Dividend paid 100.00% on $15.00, Clerk of the Court Costs (includes adversary and other filing fees) [Docket No.: 238] | 2700-000 | | 15.00 | 0.00 |

Subtotals :  $0.00    $34,506.30

{} Asset reference(s)

Printed: 02/25/2019 05:05 PM    V.14.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 10-12250 |
| Case Name: | A TOUCH OF JAZZ, INC. |
| Taxpayer ID #: | **-***0838 |
| Period Ending: | 02/25/19 |

| Trustee: | Alfred T. Giuliano, Trustee (DE) (500670) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******3166 - Checking Account |
| Blanket Bond: | $161,797,706.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 144,513.76 | 144,513.76 | $0.00 |
| | | | Less: Bank Transfers | | 74,395.76 | 0.00 | |
| | | | **Subtotal** | | 70,118.00 | 144,513.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$70,118.00** | **$144,513.76** | |

| | |
|---|---|
| Net Receipts : | 144,513.76 |
| Plus Gross Adjustments : | -79,502.50 |
| Net Estate : | $65,011.26 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******9084** | 74,395.76 | 0.00 | 0.00 |
| **Checking # ******3166** | 70,118.00 | 144,513.76 | 0.00 |
| | $144,513.76 | $144,513.76 | $0.00 |

{} Asset reference(s)